Attachment A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUL 1 4 2023
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

Micah Anderson

*Your full name*

**FEDERAL CIVIL RIGHTS COMPLAINT (*BIVENS* ACTION)**

v.

United States Department of Justice

Civil Action No.: ~~3:23-cv-59~~
*(To be assigned by the Clerk of Court)*

5:23cv253
Bailey Mazzone Jividen

*Enter above the full name of defendant(s) in this action*

I. **JURISDICTION**

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**. The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

II. **PARTIES**

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A. Name of Plaintiff: Micah Anderson   Inmate No.: 2022082501 7
Address: Facility

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

Attachment A

B. Name of Defendant: **United States Department of Justice**
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes   ☐ No

If your answer is "YES," briefly explain: _____
**Covered Entity Health Care Law Copyright**
**Medicare, Medicaid**
_____

B.1 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No   **N/A**
**None Above**

If your answer is "YES," briefly explain: _____
_____
_____
_____

B.2 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☐ Yes   ☐ No

Attachment A

If your answer is "YES," briefly explain: _____

_____
_____
_____
_____

B.3  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____
_____
_____
_____

B.4  Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____
_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?  ☐ Yes   ☐ No

If your answer is "YES," briefly explain: _____

_____
_____
_____
_____

  B.5 Name of Defendant: _____
    Position: _____
    Place of Employment: _____
    Address: _____
    _____

    Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes  ☐ No

    If your answer is "YES," briefly explain: _____
    _____
    _____
    _____

III. PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: _____

  A. Is this where the events concerning your complaint took place?
    ☐ Yes  ☒ No

    If you answered "NO," where did the events occur?
    *meditating forensic*

  B. Is there a prisoner grievance procedure in the institution where the events occurred? ☐ Yes  ☒ No

  C. Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
    ☐ Yes  ☒ No

  D. If your answer is "NO," explain why not: *THE ADMINISTRATION — ADMINISTRATIVE DONT HANDLE FINANCIAL AND MANAGER OFFICE WITH THE UNITED STATES Department of JUSTICE MEDICARE, MEDICAID COVERD ENTITY.*

  E. If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

**Attachment A**

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

IV. PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

    A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action? ☐ Yes ☒ No

    B. If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

        1. Parties to this previous lawsuit:

            Plaintiff(s):_____

            Defendant(s):_____

        2. Court: _____
            *(If federal court, name the district; if state court, name the county)*

        3. Case Number:_____

        4. Basic Claim Made/Issues Raised: _____
            _____
            _____
            _____

        5. Name of Judge(s) to whom case was assigned:
            _____

        6. Disposition: _____
            *(For example, was the case dismissed? Appealed? Pending?)*

        7. Approximate date of filing lawsuit:_____

Do Not Apply

**Attachment A**

Plaintiff(s): _____

Defendant(s): _____

2. Name and location of court and case number:

   _____
   _____
   _____

3. Grounds for dismissal:   ☐ frivolous   ☐ malicious
   ☐ failure to state a claim upon which relief may be granted

4. Approximate date of filing lawsuit: _____

5. Approximate date of disposition: _____


V. **STATEMENT OF CLAIM**

*State here, as **BRIEFLY** as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph.* ***UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: THE COVERD ENTITY ESTATE / PROBATE HAVE MY CARBON IDENITY APPRENTIST PolyGRAPH CARBON APPRENTIST CONTENTS THAT HAVE Accounts AND A UNKNOWN CoPy Right CLAIM ON MY Real, Personal Property

Supporting Facts: On The STATEMENT OF CLAIM FOR

**Attachment A**

CASE 3:23 CV 159 SHOW WITH A COPY OF EVIDENCE OF MY IDENTITY PATTENS

CLAIM 2: The UNITED STATES DEPARTMENT OF JUSTICE HAVE A COVERD ENTITY MEDICARE, MEDICAID GOVERNMENT ENTITY CLAIMING ON THE ESTATE THE OWNER OF MY IDENTITY PATTENS AND CLAIM COPY RIGHTS FOR MY IDENTITY

Supporting Facts: The EVIDENCE SHEET WOULD SHOW MY PATTEN ON THE EVIDENCE SHEET ON STATEMENT OF CLAIM AND PURSUANT TO THE LAW A COVERD ENTITY FOR HEALTH CARE

CLAIM 3: THE UNITED STATES DEPARTMENT OF JUSTICE HAVE NOT GAVE ME MY ROYALTY JUDGE INFORMATION ON COPYRIGHT TO MY PATTENS OF MY IDENTITY

Supporting Facts: _____

CLAIM 4: _____

Supporting Facts: _____

**Attachment A**

CLAIM 5: _____

_____
_____
_____
_____
_____

Supporting Facts: _____

_____
_____
_____
_____
_____

VI.  <u>INJURY</u>

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

_____
_____
_____
_____
_____
_____

VII.  <u>RELIEF</u>

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Exemption notice of use of my Master Proc file and power of Attorney. To get my uniform commercial code vend-vents and DE identification my identification. Patents and own invention of my information and pick up my Treasury Note. And Estate inhereted tax.,

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate. Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _Micah Anderson_ on _06·28·23_ .
                (Location)                       (Date)

_[signature]_
Your Signature

Attachment E

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Micah Anderson

_Your full name_

v.

Civil Action No.: 3:23 CV 159

5:23cv253

United States Department of Justice

_Enter above the full name of defendant(s) in this action_

## Certificate of Service

I, Micah Anderson (your name here), appearing _pro se_, hereby certify that I have served the foregoing CLAIM (title of document being sent) upon the defendant(s) by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the defendant(s) on 06·28·23 (insert date here):

(List name and address of counsel for defendant(s))

_____
(sign your name)